IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

FILED

OCT - 4 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

| | | |
|---|---|---|
| KENT WOODALL | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | No. SA-09-CA-525 |
| | § | |
| UNIVERSITY OF TEXAS HEALTH | § | |
| SCIENCE CENTER AT SAN ANTONIO | § | |
| and DR. NICHOLAS WALSH | § | |
| | § | |
| Defendants | § | |
| | § | |

## **ORDER SETTING TRIAL DATE**

On this day came on to be considered the above-styled and numbered cause. All discovery is complete and the Court has ruled on all pending motions. The next step is to set the case for trial on the merits.

IT IS THEREFORE ORDERED that this cause be, and it is hereby, scheduled for jury trial on Monday, December 12, 2011, at 1:00 p.m. in Courtroom No. 5, Third Floor, U.S. Courthouse, 655 East Cesar Chavez Boulevard, San Antonio, Texas. The pretrial submissions required by Local Rule 16(e) are due in the office of the District Clerk no later than November 28, 2011.

SIGNED AND ENTERED this 3d day of October, 2011.

_____
HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE