UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KENT WOODALL, | § | |
| Plaintiff, | § | |
| | § | NO. SA-09-CA-0525 |
| vs. | § | |
| | § | |
| UNIVERSITY OF TEXAS SYSTEM; | § | |
| UNIVERSITY OF TEXAS HEALTH | § | JURY TRIAL DEMANDED |
| SCIENCE CENTER AT SAN ANTONIO; | § | |
| AND DR. NICOLAS WALSH, | § | |
| Defendants. | | |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE HARRY LEE HUDSPETH, UNITED STATES DISTRICT COURT JUDGE:

The parties to this action file this their Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and respectfully show the Court as follows:

1.     All of the matters at issue herein have been resolved and the parties no longer desire to prosecute their claims.

2.     The parties request that the Court dismiss all claims in this case with prejudice.

3.     The parties further request that costs be borne by the party incurring same.

WHEREFORE, PREMISES CONSIDERED, the parties pray that this Court take notice of the Joint Stipulation of Dismissal, with prejudice, of this case. A proposed Order is attached.

Respectfully submitted,

By:    /s/ Howard T. Dulmage
Howard T. Dulmage
Attorney-in-Charge
SBOT No. 24029526
Federal I.D. No. 28826
The Law Offices of Howard T. Dulmage, PLLC
2323 Clear Lake City Blvd., Suite 180 MB186
Houston, Texas 77062
Tel:    281 271-8540
Fax:    832 295-5797

ATTORNEY FOR PLAINTIFF,
KENT WOODALL

OF COUNSEL FOR PLAINTIFF:

Philip G. Bernal
SBOT No. 02208758
Ketterman Rowland & Westlund
16500 San Pedro, Suite 302
San Antonio, Texas 78232
Tel:  210 490-7402
Fax:  210 490-8372

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

DAVID C. MATTAX
Deputy Attorney General for Defense
Litigation

ROBERT B. O'KEEFE
Chief, General Litigation Division

__/s/ Shelley N. Dahlberg
SHELLEY N. DAHLBERG
Assistant Attorney General
Texas Bar No. 24012491
Texas Attorney General's Office
General Litigation Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711
Phone:  (512) 475-4071
Fax:     (512) 320-0667

ATTORNEYS FOR DEFENDANTS

**NOTICE OF ELECTRONIC FILING**

I, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing document in accordance with the Electronic Case Filing System of the U.S. District Court for the Western District of Texas, on this the 24th day of January, 2012.

/s/ SHELLEY N. DAHLBERG
Shelley N. Dahlberg

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of January, 2012 I sent by facsimile transmission, by first class mail, postage prepaid or through the efile system, a true and correct copy of the above and foregoing document to counsel of record.

/s/ SHELLEY N. DAHLBERG
Shelley N. Dahlberg